UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-657(BO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER FOR |
| | ) | ENTRY OF JUDGMENT |
| CATREINA D. CHERRY, | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the consent of the United States of America (the "Plaintiff"), by and through the United States Attorney for the Eastern District of North Carolina, and Catreina D. Cherry (the "Defendant," and together with Plaintiff, the "Parties"), *pro se*, for entry of judgment in this action.

On November 20, 2024, the Plaintiff filed the Complaint. D.E. 1. On December 5, 2024, the Plaintiff served the Complaint and Summons on the Defendant by certified mail. The Parties now stipulate and agree to entry of judgment in this action as stated below.

NOW, THEREFORE, IT IS ORDERED that judgment is entered in favor of the Plaintiff against the Defendant in the principal amount of $20,590.37 with accrued interest of $7,510.70 as of July 31, 2024 for a total judgment of $28,101.07, plus interest accrued since July 31, 2024 until entry of judgment at a rate of 10.25 percent per annum along with costs allowed under 28 U.S.C. § 2412(a)(2) of $405.00, plus any further costs, fees and expenses authorized by statute. Pursuant to 28 U.S.C.§ 1961, judgment interest shall be set at the current judgment rate.

The Clerk of the United States District Court is DIRECTED to prepare and enter judgment as Ordered above.

This the __7__ day of _February_, _2025_.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge

CONSENTED TO:

Plaintiff

> MICHAEL F. EASLEY, JR.
> United States Attorney
>
> /s/ Benjamin J. Higgins
> BENJAMIN J. HIGGINS
> Assistant United States Attorney
> Civil Division
> 150 Fayetteville Street, Suite 2100
> Raleigh, North Carolina 27601
> Telephone: (919) 856-4043
> Email: benjamin.higgins2@usdoj.gov
> Massachusetts Bar # 690969

Defendant

I hereby acknowledge that I have received a copy of the Complaint and Summons in this matter and agree to entry of judgment against me based upon the terms listed in this Consent Order for Entry of Judgment.

_Catreina D Cherry_
CATREINA D. CHERRY, _pro se_

Date: __12/10/2024__

2