UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT** |
| v. | ) | **JUDGMENT** |
| | ) | |
| CATERINA D. CHERRY, | ) | 5:24-CV-657-BO-KS |
| | ) | |
| Defendant. | ) | |
| | ) | |

Decision by Court.
This matter comes before the Court upon the consent of the United States of America (the "Plaintiff"), by and through the United States Attorney for the Eastern District of North Carolina, and Catreina D. Cherry (the "Defendant," and together with Plaintiff, the "Parties"), *prose,* for entry of judgment in this action.

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the Plaintiff against the Defendant in the principal amount of $20,590.37 with accrued interest of $7,510.70 as of July 31, 2024 for a total judgment of $28,101.07, plus interest accrued since July 31, 2024 until entry of judgment at a rate of 10.25 percent per annum along with costs allowed under 28 U.S.C. § 2412(a)(2) of $405.00, plus any further costs, foes and expenses authorized by statute. Pursuant to 28 U.S.C.§ 1961, judgment interest shall be set at the current judgment rate.

<u>**This judgment filed and entered on February 10, 2025, and served on:**</u>
Banjamin Higgins (via CM/ECF NEF)
Caterina D. Cherry (via US Mail to 2113 Westbourne Drive, Creedmoor NC 27522)


February 10, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch                         
By: Deputy Clerk